UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JUDITH A. SAUNDERS and  )<br>RITA WOLFE, AS TRUSTEE  )<br>OF THE VINCA TRUST,  )<br>  )<br>  Defendants.  ) | Civil No. 1:06-cv-00174-SEB-VSS |

## DEFAULT JUDGMENT

The plaintiff, the United States of America, having filed this actions seeking a judgment for an amount due by defendant Judith A. Saunders to the United States for unpaid tax assessments for the years 1990 through 1997, and foreclosing the associated federal tax liens associated with those assessments that have attached to real property located at 312 North Main Street, Farmland, Indiana, title to which is currently in the name of The Vinca Trust, and this Court having on January 10, 2007, ruled that Saunders is liable to the United States in the amount of the unpaid balance of the income tax assessments against her, plus interest and statutory additions, and The Vinca Trust having been served with process but having failed to plead or otherwise defend by counsel in this action, and the time for it to do so having expired, and the Clerk having entered the default of The Vinca Trust, and the United States having requested judgment by default against The Vinca Trust, and good cause having been found,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff, the United States of America, against defendant Judith A. Saunders, for unpaid income tax assessments for the years 1990 through 1997, in the amount of $1,219,291.51, plus interest and other statutory additions accruing from and after September 11, 2006, and foreclosing the federal tax liens associated with those unpaid assessments that have attached to the real property located at 312 North Main Street, Farmland, Indiana, the legal description of which is

> Lots number four (4) and five (5), in Marshall A. Pursley's Addition to the town of Farmland, Randolph County, Indiana; EXCEPTING THEREFROM, forty-five (45) feet of the south side of said Lot Number four (4)

which property shall be sold by an officer of this Court free and clear of any right, title, claim, or interest of any of the parties to this action, with the net proceeds after the expenses of sale to be paid to the United States for application to the unpaid income taxes of Judith A. Saunders for the years 1990 through 1997.

02/02/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana