UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 1:06-cv-00174-SEB-VSS |
| v. | ) | |
| | ) | |
| JUDITH A. SAUNDERS and | ) | |
| RITA WOLFE, AS TRUSTEE | ) | |
| OF THE VINCA TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT

The plaintiff, the United States of America, having filed this action seeking a judgment for an amount due by defendant Judith A. Saunders to the United States for unpaid tax assessments for the years 1990 through 1997, and foreclosing the associated federal tax liens associated with those assessments that had attached to real property located at 312 North Main Street, Farmland, Indiana, title to which is currently in the name of The Vinca Trust, and this Court having on January 10, 2007, ruled that Judith A. Saunders is liable to the United States in the amount of the unpaid balance of the income tax assessments against her, plus interest and statutory additions, and The Vinca Trust having been served with process but having failed to plead or otherwise defend by counsel in this action, and the time for it to do so having expired, and the Clerk having entered the default of The Vinca Trust, and the United States having requested judgment by default against The Vinca Trust, and this Court having entered its original judgment in this case on

Saunders\Amended.Judgment

February 2, 2007, and the United States having filed a motion under F.R.Civ. P. 60(a)(1) requesting that the original judgment be amended to modify the legal description of the real property being foreclosed to include an exception for a portion of the property that was previously appropriated by the State of Indiana, and good cause having been found,

AMENDED JUDGMENT IS HEREBY ENTERED in favor of the plaintiff, the United States of America, against defendant Judith A. Saunders, for unpaid income tax assessments for the years 1990 through 1997, in the amount of $1,219,291.51, plus interest and other statutory additions accruing from and after September 11, 2006, and foreclosing the federal tax liens associated with those unpaid assessments that have attached to the real property located at 312 North Main Street, Farmland, Indiana, the legal description of which is

Lots number four (4) and five (5), in Marshall A. Pursley's Addition to the town of Farmland, Randolph County, Indiana; EXCEPTING THEREFROM, forty-five (45) feet of the south side of said Lot Number four (4), and FURTHER EXCEPTING THEREFROM a parcel described as: Beginning at the northwest corner of said Lot 5; thence North 89 degrees 27 minutes 52 seconds East 6.052 meters (19.86 feet) along the north line of said Lot 5; thence South 0 degrees 50 minutes 00 seconds East 2.085 meters (6.84 feet); thence South 89 degrees 10 minutes 00 seconds West 2.200 meters (7.22 feet); thence South 49 degrees 21 minutes 40 seconds West 3.905 meters (12.81 feet); thence South 0 degrees 50 minutes 00 seconds East 12.150 meters (39.86 feet) to the south line of the owner's land; thence South 89 degrees 27 minutes 52 seconds West 0.817 meters (2.68 feet) along said south line to the west line of said Lot 4; thence North 0 degrees 57 minutes 11 seconds West 16.763 meters (55.00 feet) along said west line and along the west line of said Lot 5 to the point of beginning and containing 28.6 square meters (308 square feet), more or less.

which property shall be sold by an officer of this Court free and clear of any right, title, claim, or interest of any of the parties to this action, with the net proceeds

after the expenses of sale to be paid to the United States for application to the unpaid income taxes of Judith A. Saunders for the years 1990 through 1997.

Date: 01/22/2008

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana